UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER EDGAR and RACHELLE EDGAR, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC., SAS RETAIL SERVICES, LLC, and JOHN DOES 1-5,<br><br>Defendants. | CASE NO. C23-1820RSM<br><br>ORDER DENYING MOTION FOR STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the parties' Stipulated Motion for Protective Order, Dkt. #14. The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as stated by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" Though the parties have included a list of specific documents, the parties listed as confidential: "Defendant's business information

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 1

or materials" which the model protective order specifically instructs the parties not to do. Dkt. #14 at 2. Furthermore, the parties' including the language "but not limited to" before the lists of all specific documents is too broad under the Local Rules. *Id*.

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties know what kinds of documents are at issue in this case, as shown by their listings, and need not be this broad. The parties submit no argument to justify this departure from the model protective order's guidelines. Accordingly, this Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDER that the parties' Stipulated Motion for Protective Order, Dkt. #14, is DENIED.

DATED this 1st day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 2